IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              Case No. 4:01-cr-40019

BRIAN BROWN                                                       DEFENDANT

## ORDER

Before the Court is a Report and Recommendation filed on March 5, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 331. Defendant Brian Brown ("Brown") has objected. ECF No. 333.

In the Report and Recommendation, Judge Singleton recommends that two of Brown's motions be denied. ECF No. 333. Judge Singleton recommends that Brown's Motion to Reduce Sentence (ECF No. 316) be denied because Brown did not comply with this Court's orders that he obtain leave of the Court before filing any new pleadings. *Id.* at 2. Judge Singleton recommends that Brown's Motion for Leave to File a Compassionate Release Request (ECF No. 318) be denied because Brown is seeking to challenge the legality of his conviction and sentence, not compassionate release. *Id.* at 2-3. Brown filed objections to the Report and Recommendation. ECF No. 333.

The specific standard with which the Court reviews a magistrate judge's report and recommendation depends on "whether or not a party has objected to portions of the report and recommendation." *Anderson v. Evangelical Lutheran Good Samaritan Soc'y*, 308 F. Supp. 3d 1011, 1015 (N.D. Iowa 2018). Generally, objections to a report and recommendation must be "timely and specific" to trigger *de novo* review. *Thompson v. Nix*, 897 F.2d 356, 358-59 (8th Cir. 1990). "When conducting a *de novo* review, the district court makes its own determinations of disputed issues and does not decide whether the magistrate's proposed findings are clearly

erroneous."  *Branch v. Martin*, 886 F.2d 1043, 1045 (8th Cir. 1989) (citations omitted). Alternatively, if the party does not timely and specifically object to the report and recommendation, the Court reviews that report and recommendation for clear error.  *See Raper v. Maxwell*, No. 4:21-cv-4067, 2022 WL 1978690, at *2 (W.D. Ark. June 6, 2022).

Brown filed his objections on April 27, 2026, over one month past his deadline to object. ECF No. 333.  The Court finds that Brown's objections are not timely and therefore reviews Judge Singleton's findings and recommendations for clear error.  Upon review, the Court sees no clear error with respect to Judge Singleton's recommendations and will adopt them.  Accordingly, the Court finds that Brown's Motion to Reduce Sentence (ECF No. 316) and Motion for Leave to File a Compassionate Release Request (ECF No. 318) should be and hereby are **DENIED**.

**IT IS SO ORDERED**, this 14th day of May, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge